**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6280**

———————————

JOAN E. MARCOTT,

Plaintiff - Appellant,

versus

BUREAU OF PRISONS; UNITED STATES PAROLE COM-
MISSION; VIC LOY, Warden Alderson Camp; DONALD
CRUMP, Case Manager,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Bluefield.  David A. Faber, District
Judge.  (CA-94-271-1)

———————————

Submitted:  July 23, 1996            Decided:  July 31, 1996

———————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joan E. Marcott, Appellant Pro Se.  Rebecca A. Betts, United States
Attorney, Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY,
Charleston, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on her 28 U.S.C. § 2241 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Marcott v. Bureau of Prisons</u>, No. CA-94-271-1 (S.D.W. Va. Jan. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>